## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

JEAN BUTEAU REMARQUE,

      Petitioner

      v.

CRAIG A. LOWE,

      Respondent

No. 3:26-CV-180

(CARABALLO, M.J.)

## ORDER

AND NOW, this 28th day of January, 2026, IT IS HEREBY ORDERED that the Petitioner's Motion for Leave to Proceed *In Forma Pauperis* (Doc. 5) in this habeas matter is DENIED WITHOUT PREJUDICE, as the certified prisoner trust fund account statement offered in support of the motion (Doc. 6) shows that Petitioner has sufficient funds to pay the filing fee. Accordingly, Petitioner shall pay the filing fee of $5.00 on or before February 11, 2026. Failure to pay the filing fee may result in a recommendation to the district court for dismissal of this action.

BY THE COURT,

*s/ Phillip J. Caraballo*

**PHILLIP J. CARABALLO**
**United States Magistrate Judge**